UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GERALD DUANE LANDRUM,

    Petitioner,                                      Civil No. 2:08-CV-13210

v.                                           HONORABLE PATRICK J. DUGGAN

BLAINE LAFLER,

    Respondent.
_____/

## JUDGMENT

Petitioner Gerald Duane Landrum ("Petitioner"), presently confined at the Parr Highway Correctional Facility in Adrian, Michigan, seeks the issuance of a writ of habeas corpus pursuant to 28 U.S.C. § 2254. In his *pro se* application, Petitioner challenges his 2004 conviction of one count of assault with intent to do great bodily harm less than murder (Mich. Comp. Laws § 750.84), one count of assaulting, resisting, or obstructing a police officer, causing injury requiring medical attention (Mich. Comp. Laws § 750.81d(2)), and two counts of assaulting, resisting, or obstructing a police officer (Mich. Comp. Laws § 750.81d(1)). In an Opinion and Order issued on this date, the Court held that Petitioner is not entitled to a writ of habeas corpus.

    Accordingly,

    **IT IS ORDERED**, that Petitioner's application for a writ of habeas corpus is **DISMISSED WITH PREJUDICE**.

DATE: July 30, 2009                    s/PATRICK J. DUGGAN
                                                  UNITED STATES DISTRICT JUDGE

Copies to:
Gerald Landrum, #260293

Parr Highway Correctional Facility
2727 East Beecher Street
Adrian, MI 49221

AAG Jerrold E. Schrotenboer