UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
HON. PATRICK J. DUGGAN
CIVIL ACTION NO.08-13210

GERALD LANDRUM,

       Petitioner,

-v-

BLAINE LAFLER,

       Respondent.
_____/

ORDER DENYING PETITIONER'S
MOTION FOR CERTIFICATE OF APPEALABILITY

At a session of said Court, held in the U.S. District Courthouse, City of Detroit, County of Wayne, State of Michigan on August 28, 2009.

PRESENT: THE HONORABLE PATRICK J. DUGGAN
U.S. DISTRICT COURT JUDGE

The petitioner has filed a motion for certificate of appealability. The Court denied a certificate of appealability in the Opinion and Order Denying Petition for Writ of Habeas Corpus issued July 30, 2009. Accordingly,

IT IS ORDERED that petitioner's motion for certificate of appealability is DENIED as moot

       s/Patrick J. Duggan
       Patrick J. Duggan
       United States District Judge

Dated: August 28, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 28, 2009, by electronic and/or ordinary mail.

       s/Marilyn Orem
       Case Manager